Todd M. Friedman (216752)
Nicholas J. Bontrager (252114)
Law Offices of Todd M. Friedman, P.C.
369 S. Doheny Dr. #415
Beverly Hills, CA 90211
Phone: (877) 206-4741
Fax: (866)633-0228
tfriedman@attorneysforconsumers.com
nbontrager@attorneysforconsumers.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEIDI SHINK, | ) Case No. 2:14-cv-01060-GW-MRW |
|     Plaintiff, | ) |
| | ) |
|   vs. | ) **NOTICE OF SETTLEMENT** |
| | ) |
| R.M. GALICIA, INC. dba | ) |
| PROGRESSIVE MANAGEMENT | ) **Hon. George H. Wu** |
| SYSTEMS, | ) |
|     Defendants. | ) |

NOW COMES THE PLAINTIFF by and through her attorney to respectfully notify this Honorable Court that this case has settled. Plaintiff requests that this Honorable Court allow sixty (60) days with which to file dispositive documentation. A Joint Stipulation for Dismissal will be forthcoming. This Court shall retain jurisdiction over this matter until fully resolved.

Respectfully submitted this 31st day of March, 2014.

By: s/Todd M. Friedman
TODD M. FRIEDMAN
Law Offices of Todd M. Friedman, P.C.
Attorney for Plaintiff

Notice of Settlement - 1

Filed electronically on this 31st day of March, 2014, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system to:

Honorable George H. Wu
United States District Court
Central District of California

Ms. Debbie Kirkpatrick
Sessions, Fishman, Nathan & Israel, LLP
1545 Hotel Circle South, Suite 150
San Diego CA 92108
Attorney for Defendant

This 31st day of March, 2014.

s/Todd M. Friedman
Todd M. Friedman